IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| FRANK CHAPMAN, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JONATHAN CHAPMAN, DECEASED, <br><br>*Plaintiff,*<br><br>VS.<br><br>JENNIE WEISINGER AND BURKE CENTER,<br><br>*Defendants.* | § § § § § § § § § § § § § § | CIVIL ACTION NO. 9:24-CV-00116<br>JUDGE MICHAEL J. TRUNCALE |

**ORDER DENYING AS MOOT DEFENDANT BURKE CENTER'S
MOTION TO DISMISS AND BRIEF IN SUPPORT**

Before the Court is Defendant Burke Center's Motion to Dismiss and Brief in Support. [Dkt. 10]. Burke Center filed its motion in this Court on August 26, 2024. *Id.* After the Court granted several extensions [Dkts. 17, 26, 34, 45, 48], Plaintiff Frank Chapman ("Chapman") submitted his Response on January 31, 2025. This Response was filed under seal. Contemporaneously with his Response, Mr. Chapman filed a Second Amended Complaint, also under seal. The Parties have informed the Court of their mutual understanding that Second Amended Complaint moots the pending motion to dismiss [Dkt. 10]. Accordingly, the Court denies the motion.

It is therefore **ORDERED** that Defendant Burke Center's Motion to Dismiss and Brief in Support [Dkt. 10] is hereby **DENIED AS MOOT**.[1]

**SIGNED this 5th day of February, 2025.**

Michael J. Truncale
United States District Judge

---

[1] The dispositive motions deadline under the current Scheduling Order is October 24, 2025. [Dkt. 29 at 2]. Defendant Burke Center is free to re-file its motion to dismiss before that time. Additionally, for the time being, Defendant Jennie Weisinger's Motion to Dismiss [Dkt. 30] remains live.