## UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | |
|---|---|
| FRANK CHAPMAN, INDIVIDUALLY § <br> AND AS HEIR OF THE ESTATE OF § <br> JONATHAN CHAPMAN, DECEASED § <br> § <br> VS. § <br> § <br> § <br> JENNIE WEISINGER and § <br> BURKE CENTER § | CAUSE NO.  9:24-CV-00116 <br> JURY TRIAL DEMANDED |

### PLAINTIFF'S NOTICE OF APPEAL

Plaintiff, Frank Chapman, Individually and as Heir of the Estate of Jonathan Chapman, Deceased, desires to appeal this Court's order [Dkt. 57] granting defendant Jennie Weisinger's motion to dismiss dated February 5, 2025, to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,



111 W. Ferguson St.
Tyler, Texas 75702
(903) 526-1600 Telephone
(903) 595-0796 Telefax
mallen@martinwalkerlaw.com


By:   */s/ Marisa Allen*
      Marisa Allen
      Bar I. D. No. 24039163

      ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on March 5, 2025, all who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  I hereby certify that I have served all counsel of record electronically or by another manner by Federal Rule of Civil Procedure 5(b)(2).

                                                     */s/ Marisa M. Allen*
                                                     Marisa M. Allen